# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION[1]

ANTHONY O. LONGSTREET,

     **Plaintiff,**

v.                              **Case No.  4:18cv268-MW/CAS**

SAVONYA POOL,
R.W. IVEY, and
ROBERT R. KYNOCH,

     **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 29.  Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and failure to comply with a Court order."  The Clerk shall close the file.

**SO ORDERED on September 4, 2019.**

                              **s/ MARK E. WALKER**
                              **Chief United States District Judge**

---

[1] Defendant has failed to keep the Clerk advised of his current address as evidenced by returned mail. ECF Nos. 31, 30, and 28.